UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ESTHER ROTTENBERG, *et al.,*

        Plaintiffs,                          JUDGMENT
                                                 20-CV-708 (WFK) (RLM)

        -against-

ALLIED INTERSTATE, LLC,

        Defendant.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on February 7, 2022, dismissing Plaintiffs' Complaint without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); it is

        ORDERED and ADJUDGED that Plaintiffs' Complaint is hereby dismissed without prejudice for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

Dated: Brooklyn, NY                                                      Brenna B. Mahoney
       February 8, 2022                                             Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                            Deputy Clerk